JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN JOSEPH TANNER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | CASE NO. 2:20-cv-10790-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 29, 2021

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE